AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Dawson, Robert T. | U.S. District Court | 04/28/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☑ Amended Report | 01/01/2011 to 12/31/2011 |

**7. Chambers or Office Address**

P O Box 1624
Fort Smith, AR 72902-1624

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Robert T. | 04/28/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[✔] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | George Mason University | Jan 21, 2011 thru Jan 23,2011 | Tucson, AZ | JEP Advanced Institute on Environmental Economics. | Lodging & some meals provided; a contribution was made. |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Robert T. | 04/28/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Robert T. | 04/28/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. TIAA-CREF | C | Interest | M | T | | | | | |
| 2. Enterprise Growth Fund Cl A 215 | A | Dividend | J | T | | | | | |
| 3. Stephens Production Company (oil & gas) | A | Royalty | J | W | | | | | |
| 4. XTO Energy (oil & gas) | A | Royalty | J | W | | | | | |
| 5. Cypress Production (oil & gas) | A | Royalty | J | W | | | | | |
| 6. Tellus Operating (oil & gas) | A | Royalty | J | W | | | | | |
| 7. ACXIOM | A | Dividend | K | T | | | | | |
| 8. Simon Property Group | B | Dividend | K | T | | | | | |
| 9. USA Truck | A | Dividend | J | T | | | | | |
| 10. Arkansas St College Svgs B | B | Interest | | | Sold | 12/15/11 | K | A | |
| 11. Cisco Sys Inc. | A | Dividend | J | T | | | | | |
| 12. Coca Cola | A | Dividend | J | T | | | | | |
| 13. Procter & Gamble Co. | A | Dividend | J | T | | | | | |
| 14. Johnson & Johnson | A | Dividend | K | T | | | | | |
| 15. McDonalds Corp | A | Dividend | J | T | | | | | |
| 16. Southwest Airlines | A | Dividend | J | T | | | | | |
| 17. Chevron Texaco Corp | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Robert T. | 04/28/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Intel Corp | A | Dividend | J | T | | | | | |
| 19. Walt Disney | A | Dividend | J | T | | | | | |
| 20. American Small Cap World | A | Dividend | J | T | | | | | |
| 21. Vanguard 500 Index Fund | A | Dividend | K | T | | | | | |
| 22. NASDAQ 100 Unit Trust Series I/Power Shares QQQ | A | Dividend | M | T | | | | | |
| 23. Merck & Co. | A | Dividend | J | T | | | | | |
| 24. Univ of Ark Bond | A | Interest | J | T | | | | | |
| 25. Cinergy Corp/Duke Energy | B | Dividend | | | Sold | 02/01/11 | J | A | |
| 26. Ameren Corp | A | Dividend | | | Sold | 12/21/11 | J | A | |
| 27. Consolidated Edison | A | Dividend | J | T | | | | | |
| 28. Progress Energy Inc. | A | Dividend | J | T | | | | | |
| 29. Pub Svc Ent | A | Dividend | J | T | | | | | |
| 30. Little River Cty AR Rev. | A | Interest | J | T | | | | | |
| 31. Entergy Corp | A | Dividend | J | T | | | | | |
| 32. Murphy Oil | A | Dividend | J | T | | | | | |
| 33. Bank of America | A | Dividend | J | T | | | | | |
| 34. Ark St Fed Hwy Grant | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Robert T. | 04/28/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Blackrock Global | A | Interest | J | T | | | | | |
| 36. Windstream/Alltel | A | Dividend | J | T | | | | | |
| 37. Little Rock AR New Pub | A | Interest | J | T | | | | | |
| 38. Janus Worldwide Fund (IRA) | E | Int./Div. | L | T | | | | | |
| 39. Spectra | A | Dividend | J | T | | | | | |
| 40. Goldman Sachs CD | A | Interest | K | T | | | | | |
| 41. Crittenden County Bond | A | Interest | J | T | | | | | |
| 42. Conway AR Sch Bond | A | Interest | | | Sold | 12/15/11 | J | A | |
| 43. Nuveen Prem Ins. | A | Interest | | | Sold | 12/21/11 | J | A | |
| 44. Ark St Higher Educ | A | Interest | K | T | | | | | |
| 45. Fed Kaufman Small Cap | A | Interest | | | Sold | 02/01/11 | J | A | |
| 46. Buckeye Ohio Bond | A | Interest | J | T | | | | | |
| 47. New York City Bond | A | Interest | J | T | | | | | |
| 48. Bentonville AR Sales | A | Interest | K | T | | | | | |
| 49. Little Rock AR Sewer | A | Interest | J | T | | | | | |
| 50. Baron Partners | A | Interest | | | Sold | 02/01/11 | J | A | |
| 51. Cambiar Opp. | A | Int./Div. | J | T | Sold (part) | 02/01/11 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Robert T. | 04/28/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Ivy Asset | A | Interest | | | Sold | 02/01/11 | J | A | |
| 53. DN Lehman Bro CD | A | Interest | | | Matured | 02/01/11 | K | A | |
| 54. General Electric Cap | A | Interest | K | T | | | | | |
| 55. Verizon | A | Interest | | | Sold | 09/08/11 | J | A | |
| 56. Amer Exp CD | B | Interest | | | Sold | 03/11/11 | J | A | |
| 57. SunAmerica CD | A | Interest | J | T | | | | | |
| 58. Baxter County Bond | D | Interest | J | T | | | | | |
| 59. Ark State Univ Rev | D | Interest | J | T | | | | | |
| 60. Beaver Water Bond | D | Interest | J | T | | | | | |
| 61. Little Rock Ark Libr | D | Interest | J | T | | | | | |
| 62. White Hall Bond | D | Interest | J | T | | | | | |
| 63. Ark Best | D | Dividend | J | T | | | | | |
| 64. T Rowe Price | E | Dividend | K | T | | | | | |
| 65. Black Rock Global | E | Dividend | K | T | | | | | |
| 66. Bank of America 5.25 | G | Dividend | M | T | | | | | |
| 67. Puerto Rico Bond | A | Interest | K | T | | | | | |
| 68. Univ of Ark Revs | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Robert T. | 04/28/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Puerto Rico Hotel Bond | A | Interest | J | T | | | | | |
| 70. Puerto Rico Infrastructure Bond | A | Interest | K | T | | | | | |
| 71. Rogers Ark Schl Dist | A | Interest | K | T | | | | | |
| 72. Fayetteville Ark Schl | A | Interest | J | T | | | | | |
| 73. Little Rock AR Schl | A | Interest | J | T | | | | | |
| 74. Booneville Ar Schl | A | Interest | K | T | | | | | |
| 75. Puerto Rico Mun. Bond | A | Interest | K | T | | | | | |
| 76. Siloam Springs Schl | A | Interest | J | T | | | | | |
| 77. Bentonville Ark Schl | A | Interest | K | T | | | | | |
| 78. Mountain Home Schl | A | Interest | K | T | | | | | |
| 79. Altria Group | A | Dividend | | | Sold | 07/21/11 | J | A | |
| 80. Apple | A | Dividend | K | T | | | | | |
| 81. Goldman Sachs | A | Dividend | J | T | | | | | |
| 82. Nuveen Prem Ins Muni | A | Dividend | J | T | | | | | |
| 83. Pulaski Cnty AR SPL | A | Interest | J | T | | | | | |
| 84. Energy Transfer | A | Dividend | J | T | | | | | |
| 85. I Shares Trust Dow Jones | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Robert T. | 04/28/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Cullen High Dividend | A | Dividend | | | Sold | 02/01/11 | J | A | |
| 87. Eaton Vance Structured | A | Dividend | | | Sold | 02/01/11 | J | A | |
| 88. Oppenheimer Rising | A | Dividend | J | T | | | | | |
| 89. American Centruy Small | A | Dividend | J | T | | | | | |
| 90. Puerto Rico Commonwealth | A | Dividend | K | T | Buy | 06/01/11 | K | | |
| 91. Century Link | A | Dividend | J | T | Buy | 07/21/11 | J | | |
| 92. Best Buy Bond | A | Interest | K | T | Buy | 09/08/11 | J | | |
| 93. Ishares S & P | A | Interest | J | T | Buy | 02/15/11 | J | | |
| 94. Bank of America | A | Interest | M | T | Buy | 02/01/11 | M | | |
| 95. General Electric | A | Dividend | J | T | | | | | |
| 96. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Dawson, Robert T. | 04/28/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Robert T. Dawson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544